Benjamin T. Andersen, *Of Counsel*
Pacific Northwest Law, LLP
1420 World Trade Center
121 S.W. Salmon Street
Portland, Oregon 97204
t. 503.222.2510  f. 503.546.0664
btandersen@pacificnwlaw.com

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>Edwin MAGAÑA-SOLIS,<br><br>    Defendant. | Case No. 3: CR 11-467-MO-8<br><br>DEFENDANT MAGAÑA-SOLIS' JOINDER IN CO-DEFENDANT'S MOTIONS |

  COMES NOW Defendant, by and through his attorney, and hereby JOINS in co-defendant's pretrial motions, including (but not necessarily limited to) those filed by co-defendants Gutierrez-Montes and Garcia-Zambrano, to the extent that Defendant has standing in those motions and Defendant does not otherwise disavow the particular motion in question.

  RESPECTFULLY SUBMITTED this 25th day of June, 2012.

               /s/ (intended as original in electronic filings)
               _____
               Benjamin T. Andersen, OSB 06256
               Attorney for Defendant

PAGE 1 – DEFENDANT MAGAÑA-SOLIS' JOINDER IN CO-DEFENDANT'S MOTIONS
  United States v. MAGAÑA-SOLIS,
  USDC Oregon Case No. 3:CR 11-467-MO-8