Judgment in a Criminal Case
Attachment (Page 1) -- Statement of Reasons
DEFENDANT: MAGANA-SOLIS, Edwin
CASE NUMBER: 3:11-cr-00467-MO-8
DISTRICT: Oregon

## STATEMENT OF REASONS
Not for Public Disclosure

**I    COURT FINDING ON PRESENTENCE INVESTIGATION REPORT**

     A.    [ ]    The court adopts the presentence investigation without change.

     B.    [X]    The court adopts the presentence investigation report with the following changes.
                      (Check all that apply and specify court determination, findings, or comments, referencing paragraph numbers in the presentence report, if applicable.)

           1.    [X]    **Chapter Two of the U.S.S.G. Manual** determinations by court (including changes to base offense level, or specific offense characteristics):

                           The Court granted a two-level safety valve reduction.

           2.    [ ]    **Chapter Three of the U.S.S.G. Manual** determinations by court (including changes to victim-related adjustments, role in the offence, obstruction of justice, multiple counts, or acceptance of responsibility):

           3.    [ ]    **Chapter Four of the U.S.S.G. Manual** determinations by court (including changes in criminal history category or scores, career offender, or criminal livelihood determinations):

           4.    [ ]    **Additional Comments or Findings** (including comments or factual findings concerning certain information in the presentence report that the Federal Bureau of Prisons may rely on when it makes inmate classification, designation, or programming decisions):

     C.    [ ]    The record establishes no need for a presentence investigation report pursuant to Fed.R.Crim.P. 32.

**II    COURT FINDING ON MANDATORY MINIMUM SENTENCE** (Check all that apply.)

     A.    [ ]    No count of conviction carries a mandatory minimum sentence.

     B.    [ ]    Mandatory minimum sentence imposed.

     C.    [X]    One or more counts of conviction alleged in the indictment carry a mandatory minimum term of imprisonment, but the sentence imposed is below a mandatory minimum term because the court has determined that the mandatory minimum does not apply based on:

               [X]    substantial assistance [18 U.S.C. § 3553(e)]

Judgment in a Criminal Case
Attachment (Page 2) -- Statement of Reasons
DEFENDANT: MAGANA-SOLIS, Edwin
CASE NUMBER: 3:11-cr-00467-MO-8
DISTRICT: Oregon

## STATEMENT OF REASONS
Not for Public Disclosure

**III   COURT DETERMINATION OF ADVISORY GUIDELINE RANGE (BEFORE DEPARTURES):**

    Total Offense Level: <u>33</u>
    Criminal History Category: <u>I</u>
    Imprisonment Range: <u>135</u> to <u>168</u> months
    Minimum Supervised Release: <u>5</u> years
    Fine Range: $<u>17,500</u> to $<u>10,000,000</u>

    [X]    Fine waived or below the guideline range because of inability to pay.

**IV   ADVISORY GUIDELINE SENTENCING DETERMINATION** (Check only one.)

    C.    [X]    **The court departs from the advisory guideline range for reasons authorized by the sentencing guideline manual.** (Also complete section V.)

    D.    [X]    **The court imposed a sentence outside the advisory sentencing guideline system.**
                     (Also complete section VI.)

**V   DEPARTURES AUTHORIZED BY THE ADVISORY SENTENCING GUIDELINES** (If applicable.)

    A.    **The sentence imposed departs** (Check only one.):
           [X]    below the advisory guideline range

    B.    **Departure based on** (Check all that apply.):
           1.    **Plea Agreement** (Check all that apply and check reason(s) below.):
                [X]    plea agreement for a sentence outside the advisory guideline system, which the court finds to be reasonable

    C.    **Reason(s) for Departure** (Check all that apply other than 5K1.1 or 5K3.1.)

    D.    **Explain the fact justifying the departure.** (Use page 4 if necessary.)

**VI   COURT DETERMINATION FOR SENTENCE OUTSIDE THE ADVISORY GUIDELINE SYSTEM**
(Check all that apply.)

    A.    **The sentence imposed is** (Check only one.)
           [X]    below the advisory guideline range

    B.    **Sentence imposed pursuant to** (Check all that apply.):
           1.    **Plea Agreement** (Check all that apply and check reason(s) below.):
                [X]    plea agreement for a sentence outside the advisory guideline system, which the court finds to be reasonable
           2.    **Motion Not Addressed in a Plea Agreement** (Check all that apply and check reason(s) below.):
                [X]    government motion for a sentence outside of the advisory guideline system

Judgment in a Criminal Case
Attachment (Page 3) -- Statement of Reasons
DEFENDANT: MAGANA-SOLIS, Edwin
CASE NUMBER: 3:11-cr-00467-MO-8
DISTRICT: Oregon

## STATEMENT OF REASONS
Not for Public Disclosure

C.  **Reason(s) for Sentence Outside the Advisory Guideline System** (Check all that apply.)
    [X]    the nature and circumstance of the offense and the history and characteristics of the defendant pursuant to 18 U.S.C. § 3553(a)(1)
    [X]    to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense [18 U.S.C. § 3553(a)(2)(A)]
    [X]    to afford adequate deterrence to criminal conduct [18 U.S.C. § 3553(a)(2)(B)]
    [X]    to protect the public from further crimes of the defendant [18 U.S.C. § 3553(a)(2)(C)]
    [X]    to avoid unwarranted sentencing disparities among defendants [18 U.S.C. § 3553(a)(6)]

D.  **Explain the facts justifying a sentence outside the advisory guideline system.** (Use page 4 if necessary.)
    *    early resolution of a complex case
    *    to avoid sentencing disparity
    *    defendant's lack of monetary payment
    *    age difference between defendant and leaders
    *    lack of criminal history
    *    defendant's short-term involvement

**VII COURT DETERMINATIONS OF RESTITUTION**

A.    [X]    Restitution Not Applicable.

B.    Total Amount of Restitution:    $

C.    Restitution not ordered (Check only one.):

Sections I, II, III, IV, and VII of the Statement of Reasons form must be completed in all felony cases.

| | | |
|---|---|---|
| Defendant's Soc. Sec. No.: | None | Date of Imposition of Judgment 4/22/2013 |
| Defendant's Date of Birth | 08/09/1984 | /s/ Michael W. Mosman |
| Defendant's Residence Address: | None Known | Signature of Judge |
| | | MICHAEL W. MOSMAN UNITED STATES DISTRICT JUDGE |
| Defendant's Mailing Address: | None Known | Date Signed: April  24 , 2013 |